JOHN EGGERT, RESPONDENT, v. HYMAN BINDER, AP-PELLANT.

Submitted March 24, 1924—Decided May 19, 1924.

On appeal from the Supreme Court, whose opinion is reported in 1 *N. J. Mis. R.* 555.

For the appellant, *Mark Townsend, Jr.*

For the respondent, *Kelsey & Ludwig.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion of the Supreme Court.

*For affirmance*—THE CHANCELLOR, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ.   13.

*For reversal*—None.